UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor, | ) ) ) ) | |
| Plaintiff, | ) ) | No.: 1:21-cv-01944 |
| v. | ) ) ) | Hon. Mary M. Rowland District Judge |
| **POROS, INC. d/b/a BENTLEY'S PANCAKE HOUSE**, an Illinois corporation; **PETE GIAFIS**, an individual; and **STAVROULA GIAFIS**, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## SECRETARY OF LABOR'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Rule 56.1 of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Secretary") moves for summary judgment against Defendants Poros, Inc. d/b/a Bentley's Pancake House, Pete Giafis, and Stavroula Giafis (collectively, "Defendants") on all claims asserted by the Secretary in his Complaint [ECF No. 1] because there is no genuine issue as to any material fact and the Secretary is entitled to judgment as a matter of law under the Fair Labor Standards Act, as amended, 29 U.S.C. § 201 *et seq.* ("FLSA" or the "Act").

As the grounds for his Motion, the Secretary submits:

1. The pleadings, Defendants' discovery responses, witnesses' deposition testimony, company records, materials gathered during the Secretary's investigation of Defendants, and witness declarations show there is no genuine issue of material fact.

2. The Secretary is, as a matter of law, entitled to a judgment finding Defendants are

covered by the Act and are jointly and severally liable; kept servers' tips in violation of FLSA § 3(m)(2)(B); failed to pay an overtime premium rate to kitchen staff who worked more than 40 hours per workweek in violation of FLSA § 7; failed to make and keep accurate records of employee pay in violation of FLSA § 11; and acted willfully in violating the Act.

3. The Secretary, as a matter of law, is entitled to judgment, pursuant to § 17 of the Act, restraining Defendants from violating the tip, overtime, and recordkeeping provisions of the Act and for a judgment, pursuant to § 16(c), ordering payment in the amount of $83,414.74 in unlawfully retained tips and unpaid overtime compensation due employees under the Act and an equal amount of liquidated damages, for the total amount of $166,829.48.

**WHEREFORE**, the Secretary moves for entry of summary judgment in his favor in accordance with the foregoing or, in the alternative, if the court finds a genuine issue as to a material fact with respect to damages or other issues, then entry of partial summary judgment on all remaining issues.

June 10, 2022                                  Respectfully submitted,

                                               **SEEMA NANDA**
                                               Solicitor of Labor

                                               **CHRISTINE Z. HERI**
                                               Regional Solicitor

                                               _____
                                               **ELISABETH NOLTE**
                                               Attorney Bar No. 6321218 (IL)

                                               U.S. Department of Labor
                                               Office of the Solicitor
                                               230 S. Dearborn Street, 8th Floor
                                               Chicago, Illinois 60604
                                               Phone: 312-353-7837

nolte.elisabeth.p@dol.gov

Attorneys for **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor, Plaintiff