13-10 -- 700   Gavina

Ex. 6