| Summary of Unpaid Wages | U.S. Department of Labor |
|---|---|
| | Wage and Hour Division |



| Office Address: | Chicago IL District Office<br>US Department of Labor<br>230 S. Dearborn Street<br>Room 412<br>Chicago, IL  60604-1595<br>312-789-2980 | | Investigator:<br>Renato Reggiardo | | Date:<br>06/06/2022 |
|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | 45-1601888 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| Alorza, Francisco | | 06/16/2018 to 12/29/2018 | FLSA | $3,251.25 | $3,251.25 |
| | | | | $3,251.25 | $3,251.25 |
| Alvarez, Antonoi | | 06/30/2018 to 01/04/2020 | FLSA | $9,639.00 | $9,639.00 |
| | | | | $9,639.00 | $9,639.00 |
| Amdianova, Venera | | 07/07/2018 to 01/25/2020 | FLSA | $3,610.00 | $3,610.00 |
| | | | | $3,610.00 | $3,610.00 |
| Avitia, Melanie | | 07/07/2018 to 01/25/2020 | FLSA | $3,290.00 | $3,290.00 |
| | | | | $3,290.00 | $3,290.00 |
| Bertana, Laura | | 07/07/2018 to 01/25/2020 | FLSA | $2,230.00 | $2,230.00 |
| | | | | $2,230.00 | $2,230.00 |
| Chagoya, Catarino | | 06/15/2019 to 01/04/2020 | FLSA | $2,611.32 | $2,611.32 |
| | | | | $2,611.32 | $2,611.32 |

| I agree to pay the listed employees the amount due shown above by<br><br>Signed: _____<br><br>Date: _____ | Employer Name and Address:<br>Bentley's Pancake House Poros, Inc.<br>142 E. Lake St.<br>Bloomingdale IL 60108 | Subtotal: | $24,631.57 | $24,631.57 |
|---|---|---|---|---|
| | | Total: | $83,414.74 | $83,414.74 |

Form WH-56

Date: 06/06/2022 3:16:01 PM    Case ID:  1899588    Page 1

DOL000954

Ex. 12-H

| Summary of Unpaid Wages | | U.S. Department of Labor<br>Wage and Hour Division |  |
|---|---|---|---|

| Office Address: | Chicago IL District Office<br>US Department of Labor<br>230 S. Dearborn Street<br>Room 412<br>Chicago, IL  60604-1595<br>312-789-2980 | Investigator:<br>Renato Reggiardo | Date:<br>06/06/2022 |
|---|---|---|---|
| | | Employer Fed Tax ID Number: 45-1601888 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| Cortez, Jose | | 06/23/2018 to 05/25/2019 | FLSA | $5,434.00 | $5,434.00 |
| | | | | $5,434.00 | $5,434.00 |
| Daub, Rachel | | 11/23/2019 to 01/25/2020 | FLSA | $440.00 | $440.00 |
| | | | | $440.00 | $440.00 |
| Delis, Christina | | 07/07/2018 to 01/25/2020 | FLSA | $2,480.00 | $2,480.00 |
| | | | | $2,480.00 | $2,480.00 |
| Gerger, Jennifer G | | 05/11/2019 to 08/31/2019 | FLSA | $620.00 | $620.00 |
| | | | | $620.00 | $620.00 |
| Gonzalez, Ramon | | 10/20/2018 to 01/04/2020 | FLSA | $2,103.75 | $2,103.75 |
| | | | | $2,103.75 | $2,103.75 |
| Lindeman, Patty | | 07/21/2018 to 01/25/2020 | FLSA | $2,430.00 | $2,430.00 |
| | | | | $2,430.00 | $2,430.00 |

| I agree to pay the listed employees the amount due shown above by<br><br>**Signed:** _____<br><br>**Date:** _____ | **Employer Name and Address:**<br>Bentley's Pancake House Poros, Inc.<br>142 E. Lake St.<br>Bloomingdale IL 60108 | Subtotal: | $13,507.75 | $13,507.75 |
|---|---|---|---|---|
| | | Total: | $83,414.74 | $83,414.74 |

Ex. 12-H

Date: 06/06/2022 3:16:01 PM         Case ID:  1899588                         Form WH-56

                                    DOL000955                                 Page 2

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Chicago IL District Office<br>US Department of Labor<br>230 S. Dearborn Street<br>Room 412<br>Chicago, IL  60604-1595<br>312-789-2980 | | Investigator:<br>Renato Reggiardo | | Date:<br>06/06/2022 |
|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | 45-1601888 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| Neal, Hayley | | 07/07/2018 to 04/06/2019 | FLSA | $980.00 | $980.00 |
| | | | | $980.00 | $980.00 |
| Noriega, Sanja | 680 Bluff St. Apt 204<br>Carol Stream, IL  60188 | 07/07/2018 to 07/13/2019 | FLSA | $1,630.00 | $1,630.00 |
| | | | | $1,630.00 | $1,630.00 |
| Pajaro, Miguel | | 01/12/2019 to 12/21/2019 | FLSA | $1,434.15 | $1,434.15 |
| | | | | $1,434.15 | $1,434.15 |
| Papadeo, Heather | | 07/14/2018 to 09/01/2018 | FLSA | $560.00 | $560.00 |
| | | | | $560.00 | $560.00 |
| Pedder, Kelly | | 07/07/2018 to 08/04/2018 | FLSA | $120.00 | $120.00 |
| | | | | $120.00 | $120.00 |
| Pinzon, Juan | | 05/11/2019 to 05/25/2019 | FLSA | $243.00 | $243.00 |
| | | | | $243.00 | $243.00 |

| I agree to pay the listed employees the amount due shown above by<br><br>**Signed:** _____<br><br>**Date:** _____ | **Employer Name and Address:**<br>Bentley's Pancake House Poros, Inc.<br>142 E. Lake St.<br>Bloomingdale IL 60108 | Subtotal: | $4,967.15 | $4,967.15 |
|---|---|---|---|---|
| | | Total: | $83,414.74 | $83,414.74 |

Form WH-56

Date: 06/06/2022 3:16:01 PM     Case ID: 1899588     Page 3

DOL000956

Ex. 12-H

| Summary of Unpaid Wages | | U.S. Department of Labor<br>Wage and Hour Division |  |
|---|---|---|---|

| Office Address: | Chicago IL District Office<br>US Department of Labor<br>230 S. Dearborn Street<br>Room 412<br>Chicago, IL  60604-1595<br>312-789-2980 | Investigator:<br>Renato Reggiardo | Date:<br>06/06/2022 |
|---|---|---|---|
| | | Employer Fed Tax ID Number: 45-1601888 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| Pyle, Lisa | | 07/07/2018 to 01/25/2020 | FLSA | $3,390.00 | $3,390.00 |
| | | | | $3,390.00 | $3,390.00 |
| Schilke, Judy | | 09/14/2019 to 01/25/2020 | FLSA | $800.00 | $800.00 |
| | | | | $800.00 | $800.00 |
| Smith, Melanie S | | 11/23/2019 to 01/25/2020 | FLSA | $280.00 | $280.00 |
| | | | | $280.00 | $280.00 |
| Tapia, Josue | | 06/16/2018 to 06/22/2019 | FLSA | $8,926.13 | $8,926.13 |
| | | | | $8,926.13 | $8,926.13 |
| Unknown, "Chino" | | 06/08/2019 to 10/12/2019 | FLSA | $719.63 | $719.63 |
| | | | | $719.63 | $719.63 |
| Unknown, Fernando | | 03/30/2019 to 06/08/2019 | FLSA | $821.63 | $821.63 |
| | | | | $821.63 | $821.63 |

| I agree to pay the listed employees the amount due shown above by<br><br>Signed: _____<br><br>Date: _____ | Employer Name and Address:<br>Bentley's Pancake House Poros, Inc.<br>142 E. Lake St.<br>Bloomingdale IL 60108 | Subtotal: | $14,937.39 | $14,937.39 |
|---|---|---|---|---|
| | | Total: | $83,414.74 | $83,414.74 |

Form WH-56

Date: 06/06/2022 3:16:01 PM    Case ID:  1899588    Page 4

DOL000957

Ex. 12-H

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Chicago IL District Office<br>US Department of Labor<br>230 S. Dearborn Street<br>Room 412<br>Chicago, IL  60604-1595<br>312-789-2980 | | **Investigator:**<br>Renato Reggiardo | | **Date:**<br>06/06/2022 |
|---|---|---|---|---|---|
| | | | **Employer Fed Tax ID Number:** | 45-1601888 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| Vallejo, Cristian | | 06/09/2018 to 05/18/2019 | FLSA | $13,441.50 | $13,441.50 |
| | | | | $13,441.50 | $13,441.50 |
| Vallejo, Gavino | | 06/16/2018 to 01/04/2020 | FLSA | $8,509.38 | $8,509.38 |
| | | | | $8,509.38 | $8,509.38 |
| Waekentien, Janet | | 07/07/2018 to 01/25/2020 | FLSA | $3,420.00 | $3,420.00 |
| | | | | $3,420.00 | $3,420.00 |

| I agree to pay the listed employees the amount due shown above by<br><br>**Signed:** _____<br><br>**Date:** _____ | **Employer Name and Address:**<br>Bentley's Pancake House Poros, Inc.<br>142 E. Lake St.<br>Bloomingdale IL 60108 | Subtotal: | $25,370.88 | $25,370.88 |
|---|---|---|---|---|
| | | Total: | $83,414.74 | $83,414.74 |

Form WH-56

| Name | Last Name | Days | $ per Day | Total | Updated |
|---|---|---|---|---|---|
| Venera | Amdianova | 361 | $10 | $3,610 | $3,610 |
| Elvas | Arce | 21 | $10 | $210 | $0 |
| Melanie | Avitia | 329 | $10 | $3,290 | $3,290 |
| Jenny B | Baltic | 73 | $10 | $730 | $730 |
| Laura | Bertana | 223 | $10 | $2,230 | $2,230 |
| Emily | Bertana | 12 | $10 | $120 | $120 |
| Katrina | Campos | 12 | $10 | $120 | $0 |
| Rachel | Daub | 44 | $10 | $440 | $440 |
| Christina | Delis | 248 | $10 | $2,480 | $2,480 |
| Jennifer G | Gerger | 62 | $10 | $620 | $621 |
| Olivia | Limonez | 36 | $10 | $360 | $0 |
| Patty | Lindeman | 243 | $10 | $2,430 | $2,430 |
| Hayley | Neal | 98 | $10 | $980 | $980 |
| Sanja | Noriega | 163 | $10 | $1,630 | $1,630 |
| Heather | Papadeo | 56 | $10 | $560 | $560 |
| Antonia | Papnikolau | 36 | $10 | $360 | $0 |
| Kelly | Pedder | 12 | $10 | $120 | $120 |
| Jose | Perez | 90 | $10 | $900 | $900 |
| Lisa | Pyle | 339 | $10 | $3,390 | $3,390 |
| Judy | Schilke | 80 | $10 | $800 | $800 |
| Trianthy | Sepsakos | 140 | $10 | $1,400 | $0 |
| Melanie S | Smith | 28 | $10 | $280 | $280 |
| Janet | Waekentien | 342 | $10 | $3,420 | $3,420 |
| | | Shifts | 10/ per shift | | |
| Jennifer | | 104 | $10 | $1,040 | $1,040 |
| | | | | $27,910 | |

Ex. 12-H

DOL000959

A-14

| EMPLOYEE | TIMECARDS |
|---|---|
| JOSUE TAPIA | $8,926.13 |
| CHINO | $719.63 |
| FERNANDO ROJAS | $821.63 |
| RAMON GONZALEZ | $2,103.75 |
| CATANINO CHAGOYA | $2,611.32 |
| JUAN PINZON | $243.00 |
| ANTONIO ALVAREZ | $9,639.00 |
| CRISTIAN – RECONSTRUCTION | $13,441.50 |
| FRANCISCO ALORZA – RECON. | $3,251.25 |
| JOSE CORTEZ "NACHO" | $5,434.00 |
| GAVINO VALLEJO – RECON. | $8,509.38 |
| TOTALS: | $55,700.34 |


Confidential Informant, Deliberative

Ex. 12-H

DOL000086

# Wage Transcription and Computation Sheet

**U.S. DEPARTMENT OF LABOR**
**Wage and Hour Division**



Establishment/Employer: _____
Employee: _____
Address: _____
Occupation: _____
Date: _____
Social Security No.: _____
(Zip Code): _____

| Year and Workweek Ending | Hours Worked | | | | Total | Rate of Pay | | | | | | Amount Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JOSUE TAPIA 1/1/2018 – 6/22/19 | | | | | | 1,373.25 O/T Hours × 6.50 (8,926.13) | | | | | | 7,945.15 |
| Chino Jan. 2019 – Oct. 2019 | | | | | | 151.5 O/T Hours × 4.75 (719.63) | | | | | | 056.18 |
| Fernando Rojas 3/24/19 – 5/27/19 | | | | | | 156.5 × 5.25 (821.63) | | | | | | 028.11 |
| Ramon Gonzalez 1/1/18 – | | | | | | 420.75 × 5.00 (2,103.75) | | | | | | 795 |

Gov't Informant, Deliberative
Gov't Informant, Deliberative
Gov't Informant, Deliberative
Gov't Informant, Deliberative

Ex. 12-H

Investigator _____

DOL000961

Form WH-55
Rev. Aug. 1996
A-

# Wage Transcription and Computation Sheet

U.S. DEPARTMENT OF LABOR
Wage and Hour Division



| Establishment/Employer | Date |
| --- | --- |
| Employee | Social Security No. |
| Address | |
| Occupation | (Zip Code) |

| Year and Workweek Ending | Hours Worked | | | | | Total | Rate of Pay | | | | | | Amount Due Employee |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3,196.70 | Catarino Chagoya | | | | | | 549.75 x 4.75 = 2,611.32 | | | | | | Gov't Informant, Deliberative |
| 357.75 | Juan Linzon | | | | | | 54 x 4.50 = 243.00 | | | | | | Gov't Informant, Deliberative |
| 6,883.75 | Antonio Alvarez Rocha Part reconstruction but pretty close | | | | | | 2,268 4.25 = 9,639.00 | | | | | | Gov't Informant, Deliberative |
| 3,276. | Cristian, complete reconstruction off TC's. Renato did 28 O/T hours TC's should 29 for a full 2 years | | | | | | 2,987 x 4.50 = 13,441.50 | | | | | | Gov't Informant, Deliberative |

Investigator _____  DOL000962

Form WH-55
Rev. Aug. 1996
A-

Ex. 12-H

# Wage Transcription and Computation Sheet

**U.S. DEPARTMENT OF LABOR**
**Wage and Hour Division**



Establishment/Employer _____  Date _____

Employee _____  Social Security No. _____

Address _____

Occupation _____  (Zip Code) _____

| Year and Workweek Ending | Hours Worked | | | Total | Rate of Pay | | | | | Amount Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|

2,758.73 — Francisco Alonzo — 765 o/T hours × 4.25 — 3,251.25
Renato 4-13 o/T hours
15 o/T hours reconstructed off of TC's
*Gov't Informant, Deliberative*

7,894.58 — Nacho — Jose Cortez — 836 o/T × 6.50 — 5,434.00
Reconstructed from TC's
*Gov't Informant, Deliberative*

8,597.94 — Gaveno Vallejo — 1,361.50 × 6.25 — 8,509.38
*Gov't Informant, Deliberative*

Investigator _____ Ex. 12-H _____ DOL000963

Form WH-55
Rev. Aug. 1996
A-

(224) 232-9395

| | OT Hours | Rate | | 1/2 Time | | |
|---|---|---|---|---|---|---|
| 1/6/2019 | 19 | $ | 10.00 | $ | 5.00 | $ 95.00 |
| 1/13/2019 | 19 | $ | 10.00 | $ | 5.00 | $ 95.00 |
| 1/20/2019 | 18.75 | $ | 10.00 | $ | 5.00 | $ 93.75 |
| 1/27/2019 | 18.25 | $ | 10.00 | $ | 5.00 | $ 91.25 |
| 2/3/2019 | | $ | 10.00 | $ | 5.00 | $ - |
| 2/10/2019 | 17.75 | $ | 10.00 | $ | 5.00 | $ 88.75 |
| 2/17/2019 | 10 | $ | 10.00 | $ | 5.00 | $ 50.00 |
| 2/24/2019 | 12.33 | $ | 10.00 | $ | 5.00 | $ 61.65 |
| 3/3/2019 | 15.5 | $ | 10.00 | $ | 5.00 | $ 77.50 |
| 3/10/2019 | 15.5 | $ | 10.00 | $ | 5.00 | $ 77.50 |
| 3/17/2019 | 10.25 | $ | 10.00 | $ | 5.00 | $ 51.25 |
| 3/24/2019 | 10.25 | $ | 10.00 | $ | 5.00 | $ 51.25 |
| 3/31/2019 | 10.25 | $ | 10.00 | $ | 5.00 | $ 51.25 |
| 7/14/2019 | 13 | $ | 10.00 | $ | 5.00 | $ 65.00 |
| 7/21/2019 | 10 | $ | 10.00 | $ | 5.00 | $ 50.00 |
| 7/28/2019 | 8.25 | $ | 10.00 | $ | 5.00 | $ 41.25 |
| 8/4/2019 | 9.5 | $ | 10.00 | $ | 5.00 | $ 47.50 |
| 8/11/2019 | 10.5 | $ | 10.00 | $ | 5.00 | $ 52.50 |
| 8/25/2019 | 6 | $ | 10.00 | $ | 5.00 | $ 30.00 |
| 9/7/2019 | 3.5 | $ | 10.00 | $ | 5.00 | $ 17.50 |
| 10/27/2019 | 9.25 | $ | 10.00 | $ | 5.00 | $ 46.25 |
| 11/3/2019 | 9.5 | $ | 10.00 | $ | 5.00 | $ 47.50 |
| 11/10/2019 | 9.5 | $ | 10.00 | $ | 5.00 | $ 47.50 |
| 11/17/2019 | 6.5 | $ | 10.00 | $ | 5.00 | $ 32.50 |
| 11/24/2019 | 6 | $ | 10.00 | $ | 5.00 | $ 30.00 |
| 12/1/2019 | 6 | $ | 10.00 | $ | 5.00 | $ 30.00 |
| 12/15/2019 | 2.5 | $ | 10.00 | $ | 5.00 | $ 12.50 |
| | | | | | | $ 1,434.15 |

A-8

Ex. 12-H

DOL000960