UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Julie A. Su, Acting Secretary of Labor, United States Department of Labor, Plaintiff, v. Poros Inc. d/b/a Bentley's Pancake House, Pete Giafis, Stavroula Giafis, Defendants. | Case No. 21-cv-1944 Judge Mary M. Rowland |

## ORDER GRANTING INJUNCTIVE RELIEF

As set forth in the Minute Order [ECF No. 58] and Memorandum Opinion and Order [ECF No. 59] granting in part and denying in part the "Motion for Summary Judgment" filed by Plaintiff Julie A. Su, Acting Secretary of Labor, U.S. Department of Labor ("Secretary"), against Defendants Poros Inc. d/b/a Bentley's Pancake House, Pete Giafis, and Stavroula Giafis ("Defendants"), the Secretary's request for injunctive relief relating to Defendants' unlawful keeping of employee tips and recordkeeping failures is hereby GRANTED. Pursuant to § 17 of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 217, Defendants are hereby RESTRAINED and ENJOINED from prospectively violating the FLSA's tip sharing and recordkeeping requirements, 29 U.S.C. §§ 203(m)(2)(B), 211. Defendants shall not retain employee tips for an unlawful purpose and shall not fail to make, keep, and preserve records documenting employees' pay, including tips, and employees' daily and weekly hours worked.

IT IS SO ORDERED.

1

E N T E R:

Dated: March 29, 2023

*Mary M Rowland*

MARY M. ROWLAND
United States District Judge