UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JULIE A. SU**, Acting Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **POROS, INC. d/b/a BENTLEY'S PANCAKE HOUSE**, an Illinois corporation; **PETE GIAFIS**, an individual; and **STAVROULA GIAFIS**, an individual, <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 1:21-cv-01944 ) ) Hon. Mary M. Rowland ) District Judge ) ) ) ) ) ) |

**UNOPPOSED MOTION TO APPROVE CONSENT ORDER AND JUDGMENT**

Plaintiff Julie A. Su, Acting Secretary of Labor, U.S. Department of Labor ("Secretary"), filed a complaint against Defendants Poros, Inc. d/b/a Bentley's Pancake House, Pete Giafis, and Stavroula Giafis (collectively, "Defendants") alleging violations of §§ 3(m)(2)(B), 6, 7, 11, and 15 of the Fair Labor Standards Act of 1938 as amended, 29 U.S.C. § 201 *et seq.* ("FLSA"). The Secretary and Defendants have reached an agreement resolving the allegations in the Secretary's complaint. For the reasons set forth in the *Memorandum of Law* submitted herewith, the Secretary moves this Court to enter the attached *Consent Order and Judgment*. The Secretary has conferred with Defendants, who do not oppose this Motion.

Respectfully submitted,

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

_____
**ELISABETH NOLTE**
Senior Trial Attorney

U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street, Rm. 844
Chicago, Illinois 60604
312-353-7837
nolte.elisabeth.p@dol.gov

Bar No. 6321218 (IL)

*Attorneys for Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor*