# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Julie A. Su, Acting Secretary of Labor, United States Department of Labor,

                      Plaintiff,

v.

                      Case No.: 1:21−cv−01944

                      Honorable Mary M. Rowland

Poros, Inc. d/b/a Bentley's Pancake House, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 17, 2023:

    MINUTE entry before the Honorable Mary M. Rowland: In person motion hearing held. The court has reviewed the pleadings. For the reasons stated on the record, Plaintiff's unopposed motion to approve consent order and judgment [75] is granted. Enter Consent Order and Judgment. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.